UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:

Cheryl Dunlap Buckner                                                    Case No.: 09-24928-K

AMENDED EXPEDITED MOTION TO REINSTATE CASE

Comes now the Debtor and would motion this Court to reinstate her Chapter 13 plan The Debtor would show and state to the Court that she has additional funds with which to fund her plan.  The Debtor would show and state to the Court that her case was dismissed and her vehicle has been repossessed and her current motion to reinstate her case is set for September 1, 2009.  The Debtor's vehicle is set to be sold by Title Max on August 29, 2009 and the Debtor respectfully motions this Court to reset the motion to reinstate her case prior to August 29, 2009.

WHEREFORE, Debtor prays that her motion to reinstate be heard prior to August 29, 2009 and that her case be reinstated at said hearing.

/s/ Gene Bell

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been delivered to all interested parties and creditors   this 18th day of August, 2009   via hand delivery, e-mail or postage pre-paid first class mail through the United States Postal Service