**Dated: August 27, 2009
The following is SO ORDERED:**


**David S. Kennedy
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

IN RE:

Cheryl Dunlap Buckner                                    Case No.: 09-24928-K
_____

ORDER GRANTING AMENDED MOTION TO REINSTATE CASE
_____

This cause came to be heard upon the Debtor's amended motion to reinstate her Chapter 13 case. After notice and opportunity for a hearing to all creditors and interested parties and after an objection having been filed by HSBC CONSUMER AND MORTGAGE LENDING, it appears to the Court that the Debtors's case should be granted.

It further appears to the Court that the Debtor and HSBC will enter into a separate consent order resolving HSBC's objection. It further appears to the Court that the Clerk of the Court shall reset a new confirmation date along with the Chapter 13 Trustee's motion to dismiss,

and the Chapter 13 Trustee's objection to confirmation of the Debtor's plan.
/s/ Gene Bell

/s/ Chapter 13 Trustee
/s/ George W. Stevenson


Service to:

Debtor
Chapter 13 Trustees
All entities on Matrix

RD 32