**Dated: August 27, 2009**
**The following is SO ORDERED:**



_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

IN RE:

    Cheryl Dunlap Buckner                       Case No.: 09-24928

Debtor

    Cheryl Dunlap Buckner

    Plaintiff(s).

    vs.                                                   Adv Pro No.: 09-00398

    Titlemax

    Defendant.
_____

ORDER GRANTING DEBTOR'S EMERGENCY COMPLAINT
OF PROPERTY OF THE ESTATE
_____

This cause came to be heard upon the Debtor's emergency complaint to turnover a 2000 Nissan Altima that was repossessed by the Defendant, Titlemax, 4440 Elvis Presley, Suite 1, Memphis, TN 38116.  After notice and opportunity for a hearing to all creditors and interested parties and no objection being raised, it appears to the Court that the Defendant shall return the property back to the Debtor.

/s/ Gene Bell

/s/ Chapter 13 Trustee
/s/ George W. Stevenson

Service to:

Debtor
Chapter 13 Trustees
All entities on Matrix

RD 5